UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ASHAUNTI QUANTAY PROWELL,            Civil No. 09-2409 (JRT/JJK)

           Plaintiff,

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

COUNTY OF ANOKA, *et al.*,

          Defendants.
_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 23, 2009 [Docket No. 10]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against Defendants Julie, John Doe Dar, Diane Linngren, Pam, DA, PK, A Anderson, Lt. Hendrickson, Allina Hospitals & Clinics, Michelle, Denise Kaehler, Teresa Meyer, Dr. Roach, Linda Loken, Karen Lane, Cheryl Alberts, Anoka County Jail, Mercy Hospital, Dr. Richard Alper, and Diane Grinde, be dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the remaining Defendants in this case be allowed to proceed at this time, without prejudice to any defenses that those Defendants may later seek to raise.

DATED: December 23, 2009
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                     United States District Judge