# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ASHAUNTI QUANTAY PROWELL,<br><br>Plaintiff,<br><br>v.<br><br>ANOKA COUNTY, MINNESOTA; JULIE ____; DR. RICHARD ALPER; JOHN DOE DAR; DIANE LINNGREN; PAM ____; DA; PK; A. ANDERSON; LT. HENDRICKSON; MERCY HOSPITAL; ALLINA HOSPITALS & CLINICS; DR. ANDREW SCHOCK; MICHELLE ____; DENISE KAEHLER; TERESA MEYER; TORE DELTIE; YASER EL-MAMMAMY; DANIEL C. RANDA; JEFFEREY J. ROBERG; MARTIN ZADNIK; DR. ROACH; LINDA LOKEN; KAREN LANE; CHERYL ALBERTS; and DIANE GRINDE,<br><br>Defendants. | Civil No. 09-2409 (JRT/JJK)<br><br><br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Ashaunti Quantay Prowell, Fed. Reg. 10819-041, FCC Terre Haute, P.O. Box 33, Terre Haute, Indiana 47808, plaintiff *pro se*.

Ashaunti Quantay Prowell asks the Court to reconsider its Order of March 5, 2010, denying his motion for a second extension of time to file objections to the Magistrate Judge's Report and Recommendation and striking his objections as untimely. Prowell argues that his objections were untimely because of delays in the prison mail system. (Pl.'s Mot. for Reconsideration, Docket No. 36.) As the Court noted in its Order

of March 5, 2010, "[t]he substance of Prowell's objections to the Report and Recommendation is properly considered in response to Prowell's pending motion for leave to amend his complaint." (Order at 3, Docket No. 18.) On March 8, 2010, the Court issued an order allowing Prowell to file his amended complaint as a matter of course (Docket No. 19), and on March 25, 2010, the Court issued an order directing Prowell to file an entirely new Third Amended Complaint on or before April 14, 2010. (Docket No. 35.) Prowell has failed to demonstrate compelling circumstances warranting the Court's reconsideration of its Order of March 5, 2010.

Plaintiff's "Motion for Reconsideration of Order Denying Plaintiff's Objections to R & R" [Docket No. 36] is **DENIED**.

DATED: April 16, 2010                        s/ John R. Tunheim
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                                United States District Judge