# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ASHAUNTI QUANTAY PROWELL,<br><br>Plaintiff,<br>v.<br><br>PK, DR. ANDREW SCHOCK, M.D. TORE DETLIE, YASER EL-MAMMAMY, DANIEL C. RANDA, JEFFEREY J. ROBERG, MARTIN ZADNIK, LINDA LOKEN, AND DIANE GRINDE,<br><br>Defendants. | Civil No. 09-2409 (JRT/JJK)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes, dated April 20, 2010 [Docket No. 45]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against Defendant Diane Grinde are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the remaining Defendants in this case are allowed to proceed at this time, without prejudice to any defenses that those Defendants may later seek to raise.

Dated: May 18, 2010
at Minneapolis, Minnesota

             s/ John R. Tunheim
              JOHN R. TUNHEIM
            United States District Judge